# United States Court of Appeals
# for the Federal Circuit

_____

June 20, 2012
**ERRATA**

_____

2011-1537

_____

**DOGLEG RIGHT PARTNERS, LP AND
DOGLEG RIGHT CORPORATION,**
*Plaintiffs-Appellants,*

**v.**

**TAYLORMADE GOLF COMPANY, INC.,**
*Defendant-Appellee.*

_____

Decided June 19, 2012
Nonprecedential

_____

Please make the following change:

Page 1, correction of attorneys and firms representing parties

David H. Judson, Law Office of David H. Judson, of Dallas, Texas, argued for plaintiffs-appellants.

Gary A. Clark, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, California, argued for defendant-appellee. With him on the brief were Bridgett Agnes and Andrew Kim.